

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00887-CV

**IN THE INTEREST OF D.J.S.**, a Child

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA00363
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because he qualifies as indigent under TEX. R. APP. P. 20.

SIGNED April 1, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice